# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134198

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIE EARL RIDDLE,
        Defendant-Appellant.

SC: 134198
COA: 277673
Kalamazoo CC: 06-001346-FC

_____/

        On order of the Court, the application for leave to appeal the June 5, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Kalamazoo Circuit Court for amendment of the presentence report. The circuit judge stated at the sentencing hearing on December 11, 2006 that he would make a note in the presentence report that the defendant denies that his family fears him, but the presentence report was not amended in accordance with that statement. Therefore, the circuit court shall direct the probation officer to amend the presentence report to note that the defendant denies that his family fears him. MCR 6.425(E)(2). The circuit court is further ORDERED to ensure that the amended presentence report is transmitted to the Department of Corrections. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

p0917